UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:18CR584 |
| | ) | |
| Plaintiff, | ) | Judge Sara Lioi |
| | ) | |
| v. | ) | Magistrate Judge Kathleen B. Burke |
| | ) | |
| BRIAN KING, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

This case is before the undersigned on Defendant's Motion to Set a Bond and Release Defendant from Custody Pending Sentencing ("Motion").  Doc. 30.  The Government has filed a Response opposing Defendant's Motion. Doc. 33.

Defendant has been adjudged guilty of Counts 1 through 3 of the indictment pursuant to a plea agreement and is scheduled to be sentenced on November 15, 2019.  Docs. 28, 29.  At the time of his arraignment, Defendant waived a hearing on the Government's Motion for Detention and was ordered detained.  Doc. 10.

The statute applicable to Defendant's Motion is 18 U.S.C. § 3143.  It provides that the Court "shall order that a person who has been found guilty of an offense and who is awaiting imposition . . . of sentence . . .be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released . . . ."  In his Motion, Defendant states that he "is requesting that he be given a bond so that he may get his affairs in order before he begins a

prison sentence anticipated to be over 5 years in length." Doc. 30, p. 1. He offers no other basis for his request to be released on bond. The Government points out that Defendant's conviction is a change in circumstance that "weighs heavily against" the Motion because Defendant is facing a 67-month prison sentence and "thus remains a risk of flight and a danger to the community."

    The Court concludes that Defendant's Motion fails to meet the standard for release set forth in 18 U.S.C. § 3143 and thus DENIES the Motion.

    **IT IS SO ORDERED.**


Dated: October 8, 2019                      *s/Kathleen B. Burke*
                                                **KATHLEEN B. BURKE**
                                                **United States Magistrate Judge**