# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:18-cr-584 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| BRIAN KING, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 31, 2024.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on January 7, 2025. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on January 7, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

---

[1] A superseding violation report was filed on June 4, 2024, to provide an update to the Court.

A final supervised release violation hearing was conducted on February 5, 2025. Present were the following: Assistant United States Attorney Vasile Katsaros, representing the United States; Assistant Federal Public Defender Christian Grostic, representing the defendant; the defendant Brian King, and United States Probation Officer Colin Boone.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, with credit for time served to date. Following imprisonment, the defendant is to serve a period of supervised release for 3 years with the same terms and conditions as previously imposed. This period of supervised release is to be served concurrently with the supervision imposed in Lorain County Common Pleas Court, case number 24CR111532.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 5, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**